# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0180. JAMES WYMER v. THE STATE.**

It appears that James Wymer filed, through counsel, a motion to dismiss the criminal charges pending against him based on an alleged violation of his statutory right to a speedy trial.[1] The trial court denied the motion on September 27, 2019, and Wymer filed this pro se application for discretionary review on November 14, 2019. We lack jurisdiction for two reasons.

First, Wymer's application is untimely. The trial court's order denying Wymer's motion to dismiss appears to be directly appealable, see *Hubbard v. State*, 254 Ga. 694, 695-696 (333 SE2d 827) (1985), and when a party applies for discretionary review of a directly appealable order, we ordinarily grant the application under OCGA § 5-6-35 (j). However, to fall within this general rule the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d), (j). Here, Wymer filed his application 48 days after the trial court's order was entered. His application is therefore untimely and subject to dismissal. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012).

Second, Wymer's pro se application is a nullity because he appears to be represented by counsel in the trial court. See *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) ("A criminal defendant in Georgia does not have the right to

---

[1] Wymer has not provided a copy of this motion, in violation of Court of Appeals Rule 31 (e) ("The applicant shall include with the application a copy of any petition or motion that led directly to the order or judgment being appealed and a copy of any responses to the petition or motion.").

represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect."); accord *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017); *Jacobsen v. Haldi*, 210 Ga. App. 817, 818-819 (1) (437 SE2d 819) (1993).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__12/03/2019_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*